DuGross, Appellant, *v.* Strawbridge & Clothier. DuGross *v.* A.B.C. Express Co., Inc. et al., Appellants.

Argued March 20, 1969. *Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellant; *David F. Kaliner,* for appellees.

Order and judgment affirmed.